PROB. 35      Report and Order Terminating Probation/Supervised  
(Rev. 1/92)     Release Prior to Original Expiration Date

# United States District Court

## FOR THE

## District of Nebraska

**UNITED STATES OF AMERICA**

    *v.*

                                                           8:08CR284-001  
                               Docket #   ~~8:06CR284-1~~

**William Kyle Arendt**

On January 5, 2012, the above named was placed on supervised release for a period of 4 (four) years. Although Mr. Arendt accrued one notice of noncompliance within his first five months of supervised release, he has since complied with all rules and regulations as outlined in his Judgement and Commitment order. Accordingly, United States District Judge Joseph F. Bataillon has granted the request of William Kyle Arendt to be discharged from supervision.

                                                Respectfully submitted,

                                                *Travis Wilcoxen* (signature)  
                                                Travis E. Wilcoxen  
                                                U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of May, 2014.

                                                  *Joseph F. Bataillon* (signature)  
                                                Joseph F. Bataillon  
                                                United States District Judge